*H. Blish,* for petitioners. *Macktaz, Keefer and Kirby, Scott K. Keefer,* for respondents.

M. P. No. 73-34. ROBERT S. VINAL *v.* EUGENE P. PETIT, JR., *Registrar.* Petition for writ of certiorari granted. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, for respondent.

M. P. No. 73-37. ALFRED A. CIPRIANO *v.* PERSONNEL APPEAL BOARD. Petition for writ of certiorari granted. *Anthony A. Cipriano,* for petitioner. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, for respondent.

M. P. No. 1969. THOMAS W. ZONA *v.* NORTH PROVIDENCE BOARD OF CANVASSERS. Motion of petitioner for a special assignment is denied without prejudice to the right to renew the motion when his brief is filed. *Donald R. Lembo,* for petitioner. *Robert S. Ciresi,* for respondent.

M. P. No. 1970. JOHN L. ANDREWS *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus denied. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

Ex. &c. No. 1753. STATE *v.* MICHAEL B. VACCARO. Petition for leave to reargue denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff-respondent. *Harris L. Berson,* for defendant-petitioner.

Ex. &c. No. 1798. STATE *v.* PIERRE GRENIER. Motion of state for an extension of time to February 23, 1973, to file brief is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Raymond J. Daniels, Charles J. Rogers, Jr.,* for defendant.

C. A. No. 1979. STATE *v.* CLARENCE SPIVEY. Motion of defendant to supplement the record is granted without prejudice